IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| GARY FELICIANO, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:13-cv-00629-GLR |
| TYRONE CROWDER, *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \*\*\*\*\*\* \* \* \* \* \*

# RENEWED MOTION REQUESTING DEFAULT JUDGMENT AGAINST DEFENDANT ACEVEDO

Plaintiff Gary Feliciano requests that default judgment be entered against Defendant Ariel Acevedo pursuant to Federal Rule of Civil Procedure 55, and states as follows:

1. The summons and Complaint were filed on February 28, 2013.

2. The Complaint requested compensatory damages in the amount of $300,000.00 as well as reasonable attorney's fees and expenses from Defendant Acevedo.

3. Plaintiff filed a Motion to Request an Extension of Time for Service upon Defendant Acevedo on July 9, 2013, which was granted on October 21, 2013 and filed on October 22, 2013.

4. Defendant Acevedo was served with a copy of the summons and Complaint at his/her residence, 10829 SW 226 Street, Miami, Florida, 33170, on October 2, 2013, as reflected on the docket sheet by the proof of service filed on October 17, 2013 (Document 35).

5. An Answer to the Complaint was due on October 23, 2013.

6. Defendant has failed to appear, plead, or otherwise defend within the time allowed and, therefore, is in default.

7. On January 7, 2014, the Clerk entered a default against Defendant Acevedo (Document 42).

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Clerk enter a default judgment against Defendant Acevedo in the amount of $300,000.00, or, in the alternative, that the Court schedule a hearing to determine damages.

                                                     _____/s/_____
                                          Howard J. Schulman (Fed. Bar #00129)
                                          hschulman@schulmankaufman.com
                                          Schulman & Kaufman, LLC
                                          One Charles Center
                                          100 North Charles Street, Suite 600
                                          Baltimore, Maryland 21201
                                          (410) 576-0400
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on the 6th day of February, 2014, a copy of the Complaint (Document 1), Return of Service (Document 35), the Order of Default (Document 42), and the foregoing Motion to Request Default Judgment Against Defendant Acevedo were served upon the following via First-Class Mail:

        Ariel Acevedo
        10829 SW 226 Street
        Miami, Florida 33170

        Chaz R. Ball
        Schlachman, Belsky, and Weiner, P.A.
        300 East Lombard Street, Suite 1100
        Baltimore, MD 21228

George A. Nilsen, City Solicitor
Baltimore City Law Department
100 North Holliday Street, Suite 101
Baltimore, Maryland 21202

Suzanne Sangree, Chief Legal Counsel
Baltimore City Law Department
100 North Holliday Street, Suite 101
Baltimore, Maryland 21202

                                              /s/
                                Howard J. Schulman (Fed. Bar #00129)